1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11  GEORGE ANTHONY CORRALES,          ) NO. CV 12-6323-ODW (MAN)
                                      )
12              Petitioner,           )
                                      )
13      v.                            ) JUDGMENT
                                      )
14  G.J. JANDA, WARDEN,               )
                                      )
15              Respondent.           )
    _____)

16

17

18      Pursuant to the Court's Order Dismissing Petition As Second Or

19  Successive And Denying A Certificate Of Appealability,

20

21      IT IS ADJUDGED that the above-captioned action is dismissed,

22  without prejudice, as second or successive, pursuant to 28 U.S.C. §

23  2244(b).

24

25  DATED: July 25, 2012.

26

27                                    _____
                                          OTIS D. WRIGHT II
28                                    UNITED STATES DISTRICT JUDGE